UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., <br><br>  Plaintiff, <br><br> v. <br><br> CONTOUR 5151 ONH, LLC, a Georgia limited liability company d/b/a OLD NATIONAL DISCOUNT MALL; PRETAS DEDVUKAJ; ABC CORPS. 1-10; and JOHN DOES 1-10, individually, <br><br>  Defendants. | CIVIL ACTION NO: 1:23-cv-02818 |

**NOTICE OF FILING RULE 5.4 CERTIFICATE OF SERVICE**

Pursuant to Rule 5.4 of the local Rules of the United States District Court for the Northern District of Georgia, Plaintiff Louis Vuitton Malletier S.A.S. hereby certifies that Nelson Mullins Riley & Scarborough, LLP ("the firm") has been served on August 8, 2025, via email to Gregory Taube who accepted service on behalf of the firm (*See*, Exhibit 1 Email from Strongwater to Taube) and via process server to the firm's registered agent (*See*, Exhibit 2 Affidavit of Service), with the Plaintiff's Subpoena to Nelson Mullins Riley & Scarborough, LLP to Testify at a Deposition.

I further certify that I have electronically filed this day this Certificate with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

Dated: August 11, 2025

                                               Respectfully submitted,

                                               /s/ *Jay L. Strongwater*
                                               Jay L. Strongwater
                                               Georgia Bar No. 688750

3340 Peachtree Road
Suite 2570
Atlanta, Georgia 30326
404.872.1700
*Attorney for Plaintiff Louis Vuitton*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1D

Pursuant to Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned hereby states that the foregoing filing is a compute-generated document, prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1C of the United States District Court for the Northern District of Georgia.

/s/ Jay L. Strongwater
Jay L. Strongwater
Georgia Bar No. 688750

3340 Peachtree Road
Suite 2570
Atlanta, Georgia 30326
404.872.1700
*Attorney for Plaintiff Louis Vuitton*