

Strongwater, Jay <jls@strongh2o.com>

## Louis Vuitton

**Jay Strongwater** <jls@strongh2o.com>  
To: "greg.taube@nelsonmullins.com" <greg.taube@nelsonmullins.com>  
Bcc: john@zacharialaw.com

Fri, Aug 8, 2025 at 2:46 PM

Greg:

Here is the subpoena to the law firm

Thanks for accepting service in this way.

John Zacharia will be the best person to contact going forward about this subpoena.

Because of time pressures, we went ahead and service CT Services, too.


Sincerely yours,

Jay L. Strongwater  
jls@strongh2o.com  
Strongwater & Associates, LLC  
Tower Place  
3340 Peachtree Road  
Suite 2570  
Atlanta, Georgia 30326  
404.872.1700

---

**From:** Henderson, Nicole <nh@strongh2o.com>  
**Sent:** Friday, August 8, 2025 1:10 PM  
**To:** Jay Strongwater <jls@strongh2o.com>  
**Subject:** Louis Vuitton

[Quoted text hidden]

---

📄 **LV-Subpoena to Nelson Mullins with exhibit A and notice.pdf**  
811K

Exhibit 1   Page 1 of 1