# AFFIDAVIT OF SERVICE

| Case:<br>1:23-CV-02818-vmc | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION | State:<br>GEORGIA | Job:<br>13899477 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>LOUIS VUITTON MALLETIER S.A.S. | | Defendant / Respondent:<br>CONTOUR 5151 ONH, LLC, PRETAS DEDVUKAJ, ET AL. | |
| Received by:<br>Fenrir Group | | For:<br>Strongwater & Associates, LLC | |
| To be served upon:<br>Nelson Mullins Riley & Scarborough LLP | | | |

I, Alexandra Dalman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   CT Corporation System, c/o Linda Banks, 289 Culver Street, Lawrenceville, GA 30046
Manner of Service:          Registered Agent, Aug 8, 2025, 2:05 pm EDT
Documents:                  SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

Additional Comments:
1) Successful Attempt: Aug 8, 2025, 2:05 pm EDT at 289 Culver Street, Lawrenceville, GA 30046 received by CT Corporation System, c/o Linda Banks.

_Alexandra Dalman_  08/08/2025
Alexandra Dalman       Date

Fenrir Group
Decatur, GA

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary Public
8-8-25    10-23-27
Date      Commission Expires



Exhibit 2  Page 1 of 3

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:23-CV-02818-vmc |
| CONTOUR 5151 ONH, LLC, PRETAS DEDVUKAJ, ET AL. ) | |
| *Defendant* ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To:  Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW, Suite 1700, Atlanta, GA 30363
c/o CT Corporation System, Registered Agent

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Strongwater & Associates, LLC<br>3340 Peachtree Road, Suite 2570, Atlanta, GA 30326 | Date and Time:<br>08/28/2025 10:00 am |
|---|---|

The deposition will be recorded by this method:  Stenographic and videographic means

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

See attached Exhibit A

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/08/2025

*CLERK OF COURT*

OR

_____         Jay L. Strongwater
*Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Louis Vuitton Malletier S.A.S. , who issues or requests this subpoena, are:

John H. Zacharia c/o Jay Strongwater 3340 Peachtree Rd., Suite 2570, Atlanta, GA 30326, jls@strongh2o.com 404.872.1700

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibit 2  Page 2 of 3

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:23-CV-02818-vmc

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Nelson Mullins Riley & Scarborough LLP__
on *(date)* __08/08/2025__ .

☑ I served the subpoena by delivering a copy to the named individual as follows: __CT Corporation System, c/o Linda Banks__

on *(date)* __08/08/2025__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __08/08/2025__

*Alejandra Dalman*
*Server's signature*

Alexandra Dalman
*Printed name and title*

1158 Providence Place Decatur GA 30033
*Server's address*

Additional information regarding attempted service, etc.:   Served at 2:05pm.

Exhibit 2  Page 3 of 3