# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| LOUIS VUITTON MALLETIER, S.A.S., )<br>)<br>    **Plaintiff,**       )<br>)<br>vs.                    )<br>)<br>CONTOUR 5151 ONH, LLC, a Georgia )<br>Limited liability company d/b/a   )<br>OLD NATIONAL DISCOUNT MALL; )<br>PRETAS DEDVUKAJ;      )<br>ABC CORPS. 1-10; and JOHN DOES )<br>1-10 individually,        )<br>)<br>    **Defendants.**     )  | **CASE NUMBER**<br>**1:23-cv-02818-VMC** |

## DECLARATION OF GREGORY M. TAUBE

I, Gregory M. Taube, declare under penalty of perjury that that the foregoing is true and correct:

1. I am competent to testify to the matters set forth in this declaration. This declaration is based on (a) my personal knowledge, (b) my review of records maintained by my firm in the ordinary course of representing Defendant Contour 5151 ONH, LLC ("Contour") previously in this matter, and (c) information provided to me by other attorneys at my firm who worked with me on this matter. Where I rely on (b) or (c), I do so because those sources are part of our regular practice, and I have no reason to doubt their accuracy.

1

2.      I have practiced law for more than 30 years. After graduating from the University of Alabama School of Law in 1993, I served as a federal court law clerk for two years, first in the United States Bankruptcy Court for the Northern District of Alabama for one year, and next in the United States District Court of the Southern District of Alabama for another year. I have been admitted to practice in Alabama since 1993 and in Georgia since 1997. I have been a partner in the Atlanta office of Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins") for more than 20 years.

3.      Nelson Mullins previously represented Contour in the above-captioned case, Nelson Mullins moved to withdraw from its representation of Contour on May 30, 2025, and on June 30, 2025, the Court entered an Order granting that motion to withdraw.

4.      Before January 2023, Nelson Mullins represented Contour and Contour-affiliated entities in various matters that have no relation to the claims alleged against Contour in the above-captioned case. Beginning in January 2023, Nelson Mullins acted on Contour's behalf for the limited purpose of communicating with Fulton County law enforcement about regaining possession of the Mall. Nelson Mullins was not engaged to represent Contour with respect to any claims asserted by Louis Vuitton until June 2023, which was after Contour was served in this case.

2

4937-5052-2765 v.4

5.      During discovery, we collected documents, including emails and text messages, from various individuals associated with Contour, including, but not limited to, Pete Dedvukaj, David Dedvukaj, Latasha Dia, Marcus Foucha, and Carla Henderson. Documents were reviewed for responsiveness, privilege, and other related considerations for producing documents in civil discovery prior to being produced in the case. Review of text messages was performed in connection with a negotiated search protocol. To the best of my knowledge and understanding, if a text message thread was not produced, it is because Nelson Mullins, as counsel for Contour, determined that it was non-responsive, privileged or subject to an objection, or not subject to the negotiated search protocol by search or otherwise.

6.      To my best recollection, I first recall speaking with Marshal Rhodes about this case in April 2024. At the time, Nelson Mullins was not authorized by Contour to represent Marshal Rhodes. In my subsequent discussions with Marshal Rhodes, she consistently represented that she was not in possession of any documents related to the facts of this case. Nelson Mullins did not undertake to represent Marshal Rhodes until March 2025.

Dated: 2/4/2026

_____
Gregory M. Taube

3

4937-5052-2765 v.4