## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 10/11/2022 |

## Outline of Conversations

**+17708003742** ॱ 6 messages on 10/11/2022 ॱ <7708003742> ॱ Latasha Dia <2487971801>

Confidential                                                                                  Contour_0045013

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **+17708003742**

---

\#    **<7708003742>**                                                ▶ 10/11/2022, 6:57 AM

I don't know if you heard that the city won't renew the mall
Licence because Marshall sold even the front booth to the contrefait vendor for 75 thousands dollars. That's a mistake, front booth have to remain legal and sell only legal stuffs. Y'all to greedy and don't know the hidden city rules.

Receipts • Latasha Dia <2487971801> [R:10/11/2022, 7:00 AM]

> LD    **Latasha Dia <2487971801>**                               ◀ 10/11/2022, 7:03 AM

Who is this ? Why are you texting me these rude allegations?

Do you have proof of this $75,000 allegation? If not I recommend not spreading rumors

>> LD    **Latasha Dia <2487971801>**                              ◀ 10/11/2022, 7:04 AM

What front booth are you basing your claim

>>>\#    **<7708003742>**                                          ▶ 10/11/2022, 7:28 AM

This mall is out only hope and job, that's why we are making you aware before it get too late. It's Shamshad booth at the entrance on the left. We know y'all sharing all this money together but the truth will come out. You're very disrespectful as a director that's why the mall is so ghetto

Receipts • Latasha Dia <2487971801> [R:10/11/2022, 7:30 AM]

>>>>    **Latasha Dia <2487971801>**                               ◀ 10/11/2022, 7:34 AM
LD      Thank you and I will look into this .

>>>>>   **Latasha Dia <2487971801>**                               ◀ 10/11/2022, 6:08 PM
LD      Hi

I don't show any names that match this. Do you have the booth number

                                                                 Contour_0045014