## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LOUIS VUITTON MALLETIER, S.A.S., )
                                                   )

    Plaintiff,                      )

                                                   )

vs.                                   )    **CASE NUMBER**

                                             )    **1:23-cv-02818-VMC**

CONTOUR 5151 ONH, LLC, a Georgia )
Limited liability company d/b/a )
OLD NATIONAL DISCOUNT MALL; )
PRETAS DEDVUKAJ; )
ABC CORPS. 1-10; and JOHN DOES )
1-10 individually, )
                                             )

    Defendants.                     )

## <u>DECLARATION OF DEFENDANT CONTOUR 5151 ONH, LLC</u>

I, David Dedvukaj, in my capacity as a representative of Contour 5151 ONH, LLC ("Contour 5151") declare under penalty of perjury that the foregoing is true and correct:

1.    My name is David Dedvukaj and I am competent in all respects to testify to the matters set forth herein I have personal knowledge of the facts stated herein and know them to be true, and I give this declaration freely and for use as evidence in support of Contour's Response in Opposition to Plaintiff's Supplemental Brief in Support of Motion for Sanctions, filed concurrently herewith in the above-styled case.

2.    I am the Manager of Contour 5151.

1

3.    I have confirmed that neither Pete Dedvukaj, Carla Henderson, Latasha Dia, Marcus Foucha, Nora Prekelezaj, nor myself have purposefully deleted text messages related to the commercial property located at 2654 Godby Road, College Park, Fulton County, Georgia ("the Mall") prior to submitting our phones to Contour 5151's counsel for e-discovery collection.

4.    The above-named individuals complied with instructions from Contour 5151's attorneys related to discovery efforts and document collection in relation to the above-captioned case.

5.    I have reviewed the names of the individuals included in the "Contour Team" text thread that was produced by Marshal Rhodes's in the above-captioned case[1] and can confirm that, apart from Marshal Rhodes and Carla Henderson, none of those individuals had any management or supervisory responsibility in the Mall's operations.

6.    Vasel Dedvukaj has never been involved in the operations or management of the Mall. He was occasionally hired on a case-by-case basis for demolition and other construction matters. At no point during this litigation has Contour 5151

---

[1] Including Asanie ("Nani") (last name unknown); Anthony Carr ("Roc"); Marshal Rhodes; Carla Henderson; Gibbs (first name unknown); Bryan Graham; Tyron Price; Valentina (last name unknown); Demario Walch; Rokell (last name unknown); Tevin (last name unknown); Chrishtian Johnson; Daniel Joyl; Camila Rodriguez; Markesha (last name unknown); Lanard Darnell Parker.

believed that Vasel Dedvukaj would have any information relevant to this litigation.

7.      Contour 5151 has made every employee who was involved in management of the Mall available to be deposed in relation to the above-captioned case.

Dated:  2/4/2026

_____
David Dedvukaj
*on behalf of* Contour 5151 ONH, LLC

3