# Exhibit F

## Provisionally Filed Under Seal Placeholder