# Exhibit G

## Provisionally Filed Under Seal Placeholder