# Deposition Transcript

Case Number: 1:23-cv-02818-VMC
Date: October 24, 2024

In the matter of:

# LOUIS VUITTON MALLETIER v CONTOUR 5151 ONH, LLC, et al.

# Latasha Dia



Reported by:
Karisa Ekenseair

Steno
Official Reporters

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: Firm #108F

UNITED STATES DISTRICT COURT

FOR THE STATE OF GEORGIA

LOUIS VUITTON MALLETIER S.A.S.        )
                                      )
                                      )
             Plaintiff                )CIVIL ACTION NO.
                                      )1:23-cv-02818-VMC
        VS                            )
                                      )
CONTOUR 5151 ONH, LLC, ET AL.         )
                                      )
                                      )
             Defendant                )
_____          )

REMOTE VIDEO DEPOSITION OF LATASHA DIA, commencing at 10:10 a.m. EST on Thursday, October 24, 2024, before Karisa Ekenseair, Certified Shorthand Reporter 14546, in and for the State of California.

STENO

Concierge@Steno.com

(888)707-8366

Page 334

MS. CHRISMAN:  Objection.

THE WITNESS:  Not that I can recall.

BY MR. ECKER:

Q  Did you report these allegations to law enforcement?

MS. CHRISMAN:  Objection.

THE WITNESS:  Allegations?  I only work on facts in my position.  I only work on facts.  If I have proof, then, you know, the investigation is on.  That's it.

BY MR. ECKER:

Q  Did Peter Dedvukaj ever report these allegations to law enforcement?

MS. CHRISMAN:  Objection.

THE WITNESS:  I wouldn't have any knowledge of that.

BY MR. ECKER:

Q  Okay.  Do you think this would have been an important thing to do considering the mall was just shut down for a counterfeiting raid?

MS. CHRISMAN:  Objection.

THE WITNESS:  Counterfeit versus income?

BY MR. ECKER:

Q  Well, the allegation said that Marshal Rhodes accepted a $75,000 bribe from a counterfeit

Page 335

vendor, right?

MS. CHRISMAN:  Objection.

BY MR. ECKER:

Q  Does that seem relevant to the counterfeiting raid that just occurred?

MS. CHRISMAN:  Objection.  I would just ask you to please be respectful to the witness.

BY MR. ECKER:

Q  You may answer.

A  I wouldn't know how that operation works.

Q  Okay.  Was Marshal Rhodes fired?

MS. CHRISMAN:  Objection.

THE WITNESS:  She was terminated.

BY MR. ECKER:

Q  When?

A  I don't have those dates.  I would need to look at our payroll and -- to see what dates --

Q  Who fired -- who fired her?

A  Marshal Rhodes was hired by myself.

Q  Who fired her?

A  Oh, fired her.  I did.

Q  How did you fire her?

A  Can you please be more specific?

Q  Sure.  Did you speak to her?

A  I did.

Page 336

Q  What did you say to her?

A  In what form?

Q  Why did you -- did you tell her why she was being fired?

MS. CHRISMAN:  Objection.

THE WITNESS:  I did.

BY MR. ECKER:

Q  Why did you -- what did you say?

A  We were moving in a new direction.

Q  Why were you moving in a new direction?

MS. CHRISMAN:  Objection.

THE WITNESS:  Marshal wasn't only overseeing this property and there was no progress at the other properties, and so that's why I let her go.

BY MR. ECKER:

Q  What do you mean "no progress"?

MS. CHRISMAN:  Objection.

THE WITNESS:  Can you be more specific?

BY MR. ECKER:

Q  You said that there was no progress at these properties.  What did you mean by that?

A  Occupancy and collections, there weren't enough.

Q  Was Marshal Rhodes fired because of

Page 337

allegations of receiving bribes?

MS. CHRISMAN:  Objection.

THE WITNESS:  No.

BY MR. ECKER:

Q  Did you discuss the allegations about receiving bribes with Marshal Rhodes when you fired her?

MS. CHRISMAN:  Objection.

THE WITNESS:  It was not a part of her termination.

BY MR. ECKER:

Q  Okay.  Is there any written documentation about her termination?

MS. CHRISMAN:  Objection.

THE WITNESS:  There is, and actually I looked for it and I'll continue to look for it.

BY MR. ECKER:

Q  Where would that be located?

A  I had it with me when I flew in and -- to terminate Marshal in Georgia, and then when I left I placed it somewhere.  I would need to look for it.

Q  Where did you place it?

A  I would need to look for it.

Q  Did you place it at the Old National Discount Mall or back in your office in Michigan?