# Exhibit I

## Provisionally Filed Under Seal Placeholder