# Exhibit J

## Provisionally Filed Under Seal Placeholder