# Exhibit 2



**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Lucas A. Westby
T: 404.322.6237  F: 404.322.6331
**lucas.westby@nelsonmullins.com**

201 17th Street NW, Suite 1700
Atlanta, GA 30363
T: 404.322.6000  F: 404.322.6050
**nelsonmullins.com**

September 30, 2024

<u>**Via Email**</u>

Michael J. Allan
Steptoe & Johnson LLP                    s
1330 Connecticut Avenue, NW
Washington, D.C. 20036
mallan@steptoe.com

John H. Zacharia
Zacharia Law PLLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006
john@zacharialaw.com

> RE:    *Louis Vuitton Malletier S.A.S. v. Contour 5151 ONH, LLC, et al.*
> *Civil Action No. 1:23-cv-02818*
> *United States District Court, Northern District of Georgia, Atlanta Division*

Dear Counsel:

We write in response to your September 23, 2024 letter. Contour stands on its objections and responses and document productions to date. That said, Contour responds to each of the alleged "deficiencies" as follows:

**Contour's Financials**

In the Court's August 7, 2024 Order, the Court memorialized that the parties agreed during the telephone conference to meet and confer on the production of Contour's profit and loss statements. (Dkt. 63). During the telephonic conference, Contour agreed to meet and confer with Louis Vuitton on this issue because no meet and confer had been had prior to raising the issue with the Court. Contour stands by its statement to the Court that profit and loss statements are not relevant to this case because Louis Vuitton is seeking

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 2

statutory not actual damages. Further, the Court noted during that conference that "you [Louis Vuitton] haven't convinced me that you need financials[.]" (Aug. 7, 2024 Hr'g Trans. 45:8-9.) Nonetheless, we are still working with our client on this issue and hope to let you know our final position by the end of this week.

**Alleged Missing Documents and Attachments**

As Contour has represented to Louis Vuitton several times, Contour has produced all hard copy documents as they existed in the ordinary course of business as required by Federal Rule 34. All electronic documents have been produced with all attachments and in entire families. The example email you cite appears to be Marshall Rhodes repeating something that Lt. Brannon told her in a prior conversation ("I do understand from our conversation. . . "), and the email itself does not appear to have an attachment. This is not evidence that Contour's document production is deficient. Nor is this evidence of a missing document or attachment.

**Weekly Synopses**

Contour has searched for and produced all Weekly Synopses relating to the Old National Discount Mall. A number of these Synopses were produced prior to the August 7, 2024 hearing. *See, e.g.*, Contour_0006055. After the hearing, Contour ran additional searches across Contour data for the word "Synopsis" to capture all Weekly Synopses and reviewed the results for responsiveness. No additional Weekly Synopses relating to the Mall were located. Any Weekly Synopses that related solely to another property and did not reference information about the Mall were not produced. In sum, we are not aware of any other Weekly Synopses relating to the Old National Discount Mall.

**Interrogatory Responses**

Interrogatory No. 1

Contour stands on its objections to Interrogatory No. 1, and the Court did not order Contour to produce additional information about Contour's corporate structure. (Dkt. 63 at 2.) Nonetheless, *see* Contour_0041607.

Interrogatories Nos. 2, 5, and 14

Contour submitted its initial responses to Interrogatory Nos. 2, 5, and 14 on February 12, 2024 and supplemented those responses on July 23, 2024. Contour has submitted several correspondences to Louis Vuitton explaining the roles of other individuals. Contour reiterates, again, that not every individual copied on an email or mentioned in a document was involved in the management or operation of the Mall and need not be identified in response to those interrogatories. Additionally, Louis Vuitton's 9/11/2024 letter essentially submits additional requests for admission and interrogatories about

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 3

Contour and its employees. Contour is not required to respond to informal discovery. Nonetheless, Contour is reviewing the list of individuals you submitted to see if any other employees need to be identified in response to Interrogatory Nos. 2, 5, or 14. Contour notes that it has already provided numerous explanations for Eli Mehler and Jack Weiss.

Interrogatories Nos. 3 and 4

Contour stands on its objections and responses submitted to Interrogatory No. 3. Contour explained the purpose of purchasing the property and also produced hundreds of documents and emails relating to due diligence and Contour's redevelopment plans. *See, e.g.*, Contour_00002426, 32390, 32391, 32394, 32630, 32656, 32657, 32684, 32712, 32725, 32772, 33000, 33001, 30538, 33002, 33004, 33009, 33017, 33019, 33020, 33022, 33027, 33034, 33035, 33036, 33038, 33039, 33042, 33070, 33071, 33072, 33488, 33490, 33491, 33501, 33502, 33505, 33514, 33529, 33604, 33605, 33616, 33617, 41389, 41397, 41408, 41433, 41477, 41480, 41482, 41483, 41489, 41492, 41494, 41495, 41498, 41504, 41510, 41517 (non-exhaustive list). To the extent Louis Vuitton is seeking additional information related to due diligence, it can ask those questions in a deposition.

Interrogatory No. 6

Contour stands on its objections and responses to Interrogatory No. 6 as overly broad and unduly burdensome do to the number of tenants at the Mall.  Contour has produced hundreds of documents relating to tenant leases, rent rolls, and tenant files. *See, e.g.*, Exhibit A (non-exhaustive list of tenant files); *see also* Contour's 15th production of documents (served Aug. 26, 2024).

Interrogatory No. 7

Contour stands on its objections and responses to Interrogatory No. 7, wherein it described what due diligence actions it takes with respect to tenants.  To the extend Louis Vuitton seeks more information related to due diligence or confirmation of what the due diligence, Louis Vuitton can seek confirmation of the response to the interrogatory during a deposition.

Interrogatories Nos. 9, 11, and 15

Louis Vuitton's September 23, 2024 letter seeks to re-write Interrogatories 9, 11, and 15 and asks new questions.  First, neither Interrogatory No. 9, Interrogatory No. 11, nor Interrogatory No. 15 ask Contour to specifically identify a tenant that was evicted.  Mr. Foucha was deposed after Louis Vuitton was in receipt of Contour's letter dated April 5, 2024.  Louis Vuitton had the opportunity to ask Mr. Foucha about that tenant during his deposition on June 24, 2024.  If Louis Vuitton failed to ask Mr. Foucha about that specific

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 4

tenant during his deposition, that is Louis Vuitton's shortcoming, not a deficiency on Contour's part.

Second, Louis Vuitton misstates the nature of Interrogatory No. 15, which seeks "the circumstances by which You … terminated Your "agreement with any tenant who may be selling or offering to sell counterfeit goods bearing any of [Louis Vuitton's] trademarks" as alleged in Your response to Interrogatory No. 9 and/or the trademarks owned by any other brand." Louis Vuitton also misstates that Contour "provided no such response." On the contrary, Contour responded by stating the circumstances under which Mr. Foucha contacted law enforcement regarding the single tenant he found selling counterfeit goods. Contour's response is not deficient.

Lastly, Louis Vuitton improperly attempts to morph Interrogatories Nos. 9, 11, and 15 into requests for call logs. Contour directs Louis Vuitton to its response regarding call logs below.

Interrogatory No. 20

Contour stands on its objections and response to Interrogatory No. 20 that no other brand has contacted Contour about allegedly counterfeit or infringing merchandise and, after a reasonable investigation, asserts that there are no documents that would reflect otherwise.

Interrogatory No. 21

Contour stands on its objections and response to Interrogatory No. 21. Contour provided what its policy is by stating "Defendant states that the lease for tenants at the Old National Discount Mall prohibits tenants from selling or offering to sell counterfeit goods, including goods bearing any of Plaintiff's trademarks." To the extent Louis Vuitton is seeking something else, it can ask those questions in a deposition.

Interrogatory No. 22

Contour objected to this interrogatory as "vague" as Contour cannot decipher what Louis Vuitton means by Contour's "sales." Contour does not sell any items, goods, or services. Thus, Contour has no "sales." Contour's only revenue comes from the collection of rent and rent rolls from Yardi have been produced. Contour is conducting a search to see if any other rent rolls exist that have not already been produced.

Interrogatory No 23

Contour stands on its objections and response to Interrogatory No. 23. The facts and circumstances surrounding who was notified and when are protected by attorney-client privilege. Litigation hold notices were prepared by counsel, and therefore the notices and

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 5

the information they contain are protected from disclosure. *See, e.g.*, *Gibson v. Ford Motor Co.*, 510 F. Supp. 2d 1116, 1123 (N.D. Ga. 2007) (document hold notices contain work product and are prepared by counsel); *Muro v. Target Corp.*, 250 F.R.D. 350, 360 (N.D. Ill. 2007) (same). Furthermore, the case cited in your letter—*Colonial BancGroup Inc. v. PriceWaterhouseCoopers LLP,* No. 2:11-CV-746-WKW, 2016 WL 9687001 (M.D. Ala. Jan. 22, 2016)—is easily distinguishable from the present dispute. In that case, the Court acknowledged that, in general, litigation hold letters are protected by attorney-client privilege and not discoverable unless "spoilation is at issue" or the "litigation holds themselves contained information relevant to specific issues in the case." *Id.* at *5. Here, neither exception to attorney-client privilege applies, as there is no allegation of spoilation or that the holds issued by Contour contain information relevant to Louis Vuitton's claims.

Notwithstanding these objections, Contour is willing to consider providing the information requested by Interrogatory No. 23 if Louis Vuitton is also willing to provide its complete history of litigation hold notices related to the Mall. In discovery, Louis Vuitton produced a letter (LV-CT00019105) showing that they have been threatening to pursue litigation related to purported counterfeiting at the Mall since at least 2008. Presumably, Louis Vuitton issued litigation hold notices around that same time. Therefore, please advise if Louis Vuitton is willing to produce the names of each current and/or former Louis Vuitton employee, agent, independent contractor, licensee, and business partner who Louis Vuitton has advised to preserve evidence in connection with purported counterfeiting at the Mall since at least 2008, and provide the date on which each employee, agent, independent contractor, licensee, and business partner was so advised.

Interrogatory No. 24

Louis Vuitton mischaracterizes the nature of Interrogatory No. 24 and Contour's response thereto.  Interrogatory No. 24 asks Contour to describe the "fields of information and data" kept related to tenants or the Mall. As stated in Contour's response, the fields of information Contour tracks includes, but may not always be limited to: name; phone number; property name; unit (booth) number; tenant status; rent amount; lease dates, move-in date; move-out date; history of rent payments; and a "notes" comment box. Contour also provided additional information about how those categories of information are kept (i.e., in Yardi).  As Contour has stated previously, the only property management database used at the Mall is Yardi. *See* Contour's 15th production of documents and other rent rolls produced throughout the prior 14 productions. Contour is conducting a search to see if any other rent rolls exist that have not already been produced.

**Insurance Agreements**

As Contour stated in its Initial Disclosures, no insurance agreement exists that may be able to satisfy all or part of a judgment.  While documents may have been produced that reference insurance policies, those policies will not satisfy all or part of a judgment, if any, nor does it indicate that Contour's Initial Disclosures were deficient.

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 6


**Document Productions**

Text Messages

As an initial note, Contour agreed to review tens of thousands of text messages. Contour's position is, and has always been, that these text message searches are unlikely to yield much in the way of results.  Contour intended to make an additional production of text messages on Friday, 9/27/2024; however, due to power outages our ESI team experienced as a result of Hurricane Helene, that production was unable to be made. Contour anticipates making that production contemporaneously with the delivery with this letter.

Contour is still reviewing some threads that exceed 500 messages in length and will produce those as soon as review is complete. Contour anticipates making the final production of text messages on or about October 4, 2024.

We note the phone numbers you provided for Lt. Robinson, Officer Conner, and Sergeant Fields. We will search for any chats with those individuals and will review/produce messages with those individuals in accordance with the agreed text review protocol, should such communications exist.

Emails

As Contour has stated and represented multiple times, Contour has produced all responsive emails that were subject to the ESI search terms and custodians provided to Louis Vuitton on April 30, 2024 under the parties' agreement to exchange the same on this date, to which Louis Vuitton never responded.  Contour has produced entire families of documents including all attachments to emails.

Call Logs

Contour has always maintained that call logs are irrelevant to this litigation and exceed the scope of discoverable information.  Contour stands on this objection and will not be producing call logs.

Personnel Files

Contour stands on its objection that personnel files are irrelevant to this litigation.  Nor does Contour keep "personnel files" for its employees. Accordingly, no personnel files will be produced.

Contour is willing to meet and confer on these issues.

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 7

Very truly yours,

/s/ *Lucas A. Westby*

Lucas A. Westby

cc:    Carolyn McGee
       Gregory Taube
       Cayton Chrisman
       Cara Brack

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 8


**Exhibit A**

| | | | | |
|---|---|---|---|---|
| Contour_0030896 | Contour_0000001 | Contour_0024866 | Contour_0024935 | Contour_0030927 |
| Contour_0024955 | Contour_0025037 | Contour_0025092 | Contour_0000039 | Contour_0025110 |
| Contour_0025135 | Contour_0025159 | Contour_0025186 | Contour_0025229 | Contour_0025246 |
| Contour_0038791 | Contour_0025319 | Contour_0000063 | Contour_0025362 | Contour_0025422 |
| Contour_0025445 | Contour_0000099 | Contour_0025496 | Contour_0025547 | Contour_0025603 |
| Contour_0025636 | Contour_0025708 | Contour_0025750 | Contour_0000123 | Contour_0025793 |
| Contour_0030942 | Contour_0025812 | Contour_0025838 | Contour_0000171 | Contour_0025884 |
| Contour_0025950 | Contour_0000212 | Contour_0000259 | Contour_0000316 | Contour_0000366 |
| Contour_0026034 | Contour_0026088 | Contour_0026156 | Contour_0026228 | Contour_0000402 |
| Contour_0026275 | Contour_0000419 | Contour_0026328 | Contour_0026383 | Contour_0026396 |
| Contour_0026422 | Contour_0026461 | Contour_0000429 | Contour_0026525 | Contour_0000481 |
| Contour_0026582 | Contour_0026649 | Contour_0026682 | Contour_0000495 | Contour_0026725 |
| Contour_0026793 | Contour_0026808 | Contour_0000557 | Contour_0026825 | Contour_0026841 |
| Contour_0000599 | Contour_0026854 | Contour_0000626 | Contour_0026894 | Contour_0026984 |
| Contour_0027008 | Contour_0027048 | Contour_0027064 | Contour_0027134 | Contour_0027149 |
| Contour_0027164 | Contour_0027220 | Contour_0000653 | Contour_0027274 | Contour_0027289 |
| Contour_0000718 | Contour_0027395 | Contour_0000764 | Contour_0027501 | Contour_0000802 |
| Contour_0027527 | Contour_0027544 | Contour_0000827 | Contour_0027583 | Contour_0027597 |
| Contour_0027655 | Contour_0027694 | Contour_0027726 | Contour_0027804 | Contour_0027864 |
| Contour_0027903 | Contour_0027929 | Contour_0027966 | Contour_0000862 | Contour_0000886 |
| Contour_0028028 | Contour_0000908 | Contour_0028107 | Contour_0000958 | Contour_0000994 |
| Contour_0028141 | Contour_0028209 | Contour_0001019 | Contour_0028260 | Contour_0001125 |
| Contour_0028292 | Contour_0001152 | Contour_0028308 | Contour_0001162 | Contour_0028336 |
| Contour_0001212 | Contour_0028355 | Contour_0001264 | Contour_0028420 | Contour_0001304 |
| Contour_0028450 | Contour_0001340 | Contour_0001396 | Contour_0028481 | Contour_0028529 |
| Contour_0001428 | Contour_0001467 | Contour_0001514 | Contour_0001573 | Contour_0001595 |
| Contour_0001635 | Contour_0028569 | Contour_0001683 | Contour_0028595 | Contour_0001734 |
| Contour_0001773 | Contour_0001796 | Contour_0038840 | Contour_0001891 | Contour_0028636 |
| Contour_0001902 | Contour_0001939 | Contour_0001974 | Contour_0002012 | Contour_0028722 |
| Contour_0002049 | Contour_0028762 | Contour_0028784 | Contour_0028802 | Contour_0028818 |
| Contour_0002087 | Contour_0002125 | Contour_0002158 | Contour_0031024 | Contour_0028930 |
| Contour_0002211 | Contour_0028999 | Contour_0002247 | Contour_0002285 | Contour_0029033 |
| Contour_0002321 | Contour_0002367 | Contour_0029067 | Contour_0002394 | Contour_0029100 |
| Contour_0031614 | Contour_0038951 | Contour_0031090 | Contour_0038752 | Contour_0038961 |
| Contour_0038754 | Contour_0002491 | Contour_0002514 | Contour_0031178 | Contour_0031276 |
| Contour_0029224 | Contour_0029268 | Contour_0031654 | Contour_0031499 | Contour_0031555 |
| Contour_0002528 | Contour_0002528 | Contour_0002551 | Contour_0031659 | Contour_0031750 |
| Contour_0002571 | Contour_0002595 | Contour_0002606 | Contour_0002617 | Contour_0031764 |
| Contour_0039030 | Contour_0039107 | Contour_0031860 | Contour_0031889 | Contour_0029291 |
| Contour_0029330 | Contour_0029382 | Contour_0029414 | Contour_0031914 | Contour_0029426 |

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 9

| | | | | |
|---|---|---|---|---|
| Contour_0029470 | Contour_0029482 | Contour_0031964 | Contour_0029521 | Contour_0002618 |
| Contour_0032012 | Contour_0029559 | Contour_0032033 | Contour_0032077 | Contour_0029613 |
| Contour_0029660 | Contour_0002639 | Contour_0032130 | Contour_0029690 | Contour_0029725 |
| Contour_0032210 | Contour_0002670 | Contour_0029742 | Contour_0032266 | Contour_0032329 |
| Contour_0029768 | Contour_0039194 | Contour_0039237 | Contour_0002676 | Contour_0029778 |
| Contour_0002732 | Contour_0002741 | Contour_0029820 | Contour_0002750 | Contour_0002761 |
| Contour_0002772 | Contour_0002781 | Contour_0002792 | Contour_0002803 | Contour_0002812 |
| Contour_0002821 | Contour_0022583 | Contour_0029852 | Contour_0002865 | Contour_0029869 |
| Contour_0040121 | Contour_0002882 | Contour_0029881 | Contour_0029915 | Contour_0029955 |
| Contour_0029959 | Contour_0030156 | Contour_0030176 | Contour_0030442 | Contour_0030532 |
| Contour_0030542 | Contour_0030543 | Contour_0030645 | Contour_0030648 | Contour_0030697 |
| Contour_0030698 | Contour_0030699 | Contour_0030700 | Contour_0030722 | Contour_0030741 |
| Contour_0030747 | Contour_0030748 | Contour_0030749 | Contour_0030756 | Contour_0030818 |
| Contour_0033665 | Contour_0033674 | Contour_0033685 | Contour_0033696 | Contour_0033708 |
| Contour_0033719 | Contour_0033730 | Contour_0033741 | Contour_0033752 | Contour_0033763 |
| Contour_0033774 | Contour_0033785 | Contour_0033796 | Contour_0033807 | Contour_0033818 |
| Contour_0033829 | Contour_0033840 | Contour_0033851 | Contour_0033862 | Contour_0033873 |
| Contour_0033884 | Contour_0033895 | Contour_0033906 | Contour_0033917 | Contour_0033928 |
| Contour_0033939 | Contour_0033950 | Contour_0033961 | Contour_0033972 | Contour_0033983 |
| Contour_0033994 | Contour_0034005 | Contour_0034016 | Contour_0034027 | Contour_0034038 |
| Contour_0034049 | Contour_0034060 | Contour_0034071 | Contour_0034082 | Contour_0034093 |
| Contour_0034104 | Contour_0034115 | Contour_0034126 | Contour_0034137 | Contour_0034148 |
| Contour_0034159 | Contour_0034170 | Contour_0034181 | Contour_0034192 | Contour_0034203 |
| Contour_0034214 | Contour_0034225 | Contour_0034236 | Contour_0034242 | Contour_0034253 |
| Contour_0034264 | Contour_0034276 | Contour_0034288 | Contour_0034299 | Contour_0034335 |
| Contour_0034346 | Contour_0034357 | Contour_0022583 | Contour_0034378 | Contour_0034389 |
| Contour_0034400 | Contour_0034521 | Contour_0035494 | Contour_0035541 | Contour_0035552 |
| Contour_0035563 | Contour_0035574 | Contour_0035585 | Contour_0035596 | Contour_0035607 |
| Contour_0035618 | Contour_0035630 | Contour_0035641 | Contour_0035652 | Contour_0035663 |
| Contour_0035674 | Contour_0035685 | Contour_0035696 | Contour_0035707 | Contour_0035718 |
| Contour_0035729 | Contour_0035735 | Contour_0035746 | Contour_0035757 | Contour_0035768 |
| Contour_0035779 | Contour_0035790 | Contour_0035801 | Contour_0035812 | Contour_0035823 |
| Contour_0035834 | Contour_0035845 | Contour_0035856 | Contour_0035867 | Contour_0035878 |
| Contour_0035889 | Contour_0035900 | Contour_0035911 | Contour_0035922 | Contour_0035933 |
| Contour_0035944 | Contour_0035964 | Contour_0035975 | Contour_0035986 | Contour_0035997 |
| Contour_0036008 | Contour_0036019 | Contour_0036030 | Contour_0036041 | Contour_0036052 |
| Contour_0036063 | Contour_0036074 | Contour_0036085 | Contour_0036096 | Contour_0036107 |
| Contour_0036118 | Contour_0036129 | Contour_0036140 | Contour_0036151 | Contour_0036162 |
| Contour_0036173 | Contour_0036184 | Contour_0036195 | Contour_0036206 | Contour_0036217 |
| Contour_0036228 | Contour_0036240 | Contour_0036251 | Contour_0036263 | Contour_0036274 |
| Contour_0036285 | Contour_0036296 | Contour_0036307 | Contour_0036319 | Contour_0036330 |
| Contour_0036342 | Contour_0036354 | Contour_0036365 | Contour_0036376 | Contour_0036412 |
| Contour_0036423 | Contour_0036434 | Contour_0036472 | Contour_0036483 | Contour_0036494 |

Michael J. Allan
John H. Zacharia
September 30, 2024
Page 10

| | | | | |
|---|---|---|---|---|
| Contour_0036532 | Contour_0036543 | Contour_0036554 | Contour_0036483 | Contour_0036494 |
| Contour_0036532 | Contour_0036543 | Contour_0036566 | Contour_0036574 | Contour_0036585 |
| Contour_0036596 | Contour_0036607 | Contour_0036618 | Contour_0036629 | Contour_0036640 |
| Contour_0036651 | Contour_0036662 | Contour_0036673 | Contour_0036684 | Contour_0036695 |
| Contour_0036706 | Contour_0036717 | Contour_0036723 | Contour_0036734 | Contour_0036745 |
| Contour_0036756 | Contour_0036767 | Contour_0036778 | Contour_0036789 | Contour_0036800 |
| Contour_0036811 | Contour_0036822 | Contour_0036833 | Contour_0036844 | Contour_0036855 |
| Contour_0036866 | Contour_0036877 | Contour_0036888 | Contour_0036899 | Contour_0036910 |
| Contour_0036921 | Contour_0036932 | Contour_0036943 | Contour_0036954 | Contour_0036965 |
| Contour_0036976 | Contour_0036987 | Contour_0036998 | Contour_0037009 | Contour_0037020 |
| Contour_0037119 | Contour_0037590 | Contour_0037601 | Contour_0037612 | Contour_0037623 |
| Contour_0037634 | Contour_0037645 | Contour_0037656 | Contour_0037667 | Contour_0037678 |
| Contour_0037689 | Contour_0037694 | Contour_0037702 | Contour_0037713 | Contour_0037724 |
| Contour_0037735 | Contour_0037746 | Contour_0037757 | Contour_0037768 | Contour_0037779 |
| Contour_0037790 | Contour_0037801 | Contour_0037812 | Contour_0037824 | Contour_0037835 |
| Contour_0037846 | Contour_0037857 | Contour_0037868 | Contour_0037879 | Contour_0037890 |
| Contour_0037901 | Contour_0037912 | Contour_0037923 | Contour_0037929 | Contour_0037940 |
| Contour_0037951 | Contour_0037962 | Contour_0037973 | Contour_0037984 | Contour_0037995 |
| Contour_0038006 | Contour_0038017 | Contour_0038028 | Contour_0038039 | Contour_0038050 |
| Contour_0038061 | Contour_0038072 | Contour_0038083 | Contour_0038094 | Contour_0038105 |
| Contour_0038116 | Contour_0038127 | Contour_0038138 | Contour_0038149 | Contour_0038157 |
| Contour_0038168 | Contour_0038179 | Contour_0038190 | Contour_0038201 | Contour_0038212 |
| Contour_0038223 | Contour_0038234 | Contour_0038245 | Contour_0038256 | Contour_0038267 |
| Contour_0038278 | Contour_0038289 | Contour_0038300 | Contour_0038311 | Contour_0038322 |
| Contour_0038333 | Contour_0038344 | Contour_0038355 | Contour_0038366 | Contour_0038377 |
| Contour_0038388 | Contour_0038399 | Contour_0038410 | Contour_0038421 | Contour_0038433 |
| Contour_0038444 | Contour_0038456 | Contour_0038467 | Contour_0038478 | Contour_0038489 |
| Contour_0038500 | Contour_0038512 | Contour_0038523 | Contour_0038535 | Contour_0038547 |
| Contour_0038558 | Contour_0038569 | Contour_0041891 | Contour_0006061 | Contour_0002929 |
| Contour_0002939 | Contour_0003969 | Contour_0004997 | Contour_0006024 | Contour_0007227 |
| Contour_0043225 | Contour_0010633 | Contour_0043236 | Contour_0012902 | Contour_0014039 |
| Contour_0011767 | Contour_0015173 | Contour_0009499 | Contour_0030014 | Contour_0016315 |
| Contour_0016606 | Contour_0008361 | Contour_0017903 | Contour_0017917 | Contour_0017932 |
| Contour_0017946 | Contour_0017960 | Contour_0017974 | Contour_0017988 | Contour_0018000 |
| Contour_0018024 | Contour_0019157 | Contour_0019159 | Contour_0020292 | Contour_0020294 |
| Contour_0021427 | Contour_0006092 | Contour_0006080 | Contour_0030095 | Contour_0030097 |
| Contour_0030102 | Contour_0030103 | Contour_0021434 | Contour_0021450 | Contour_0022583 |
| Contour_0038704 | Contour_0022598 | Contour_0023732 | Contour_0044296 | |