**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LOUIS VUITTON MALLETIER S.A.S., | |
| Plaintiff, | |
| v. | Civil Action No. 1:23-cv-02818-VMC |
| CONTOUR 5151 ONH, LLC, a Georgia limited liability company d/b/a OLD NATIONAL DISCOUNT MALL; PRETAS DEDVUKAJ a/k/a PETER DEDVUKAJ; ABC CORPS. 1-10; and JOHN DOES 1-10, individually, | |
| Defendants. | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.1(E)(4), Evan I. Long of the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC hereby notifies the Court and counsel of record of his withdrawal as counsel for Defendant PRETAS DEDVUKAJ a/k/a PETER DEDVUKAJ ("Defendant"). Mr. Long is departing the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, so Mr. Long will no longer be attorney of record for Defendant. Defendant remains represented by John M. Hawkins, Frederick N. Sager, Jr., and Joshua E. Swiger of Weinberg, Wheeler, Hudgins, Gunn & Dial as counsel of record.

[*SIGNATURE ON FOLLOWING PAGE*]

This 14th day of May, 2026.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Evan I. Long*
Evan I. Long
Georgia Bar No. 532643
3344 Peachtree Rd, N.E., Suite 2400
Atlanta, Georgia 30326
404-876-2700
elong@wwhgd.com
*Counsel for Pretas Dedvukaj a/k/a Peter
Dedvukaj*

~ 3 ~

## <u>RULE 5.1C CERTIFICATE OF TYPE, FORMAT, AND FONT SIZE</u>

Pursuant to Local Rule 5.1C of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14-point size.

*/s/ Evan I. Long*
Evan I. Long

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon all counsel of record via the Court's electronic filing system.

This 14th day of May, 2026.

/s/ Evan I. Long
Evan  I. Long